UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT K. GULLO and
LAURIE A. GULLO,

    Plaintiffs,

v.                                 CASE NO.:  6:15-CV-669-ORL-40KRS

POLLACK & ROSEN, P.A. and
REGIONS BANK,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, Robert K. Gullo and Laurie A. Gullo, by and through the undersigned counsel, and hereby files this Notice of Voluntary Dismissal With Prejudice of the above captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 26th day of January, 2016 by transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record.

                                                      */s/ Jared M. Lee*
                                                      Jared M. Lee, Esquire
                                                      Morgan & Morgan, Tampa, P.A.
                                                      20 N. Orange Avenue
                                                      Suite 1600
                                                      Orlando, FL 32801
                                                      Tele:  (407) 420-1414
                                                      Fax:  (407) 245-3485
                                                      Florida Bar No.:  0052284
                                                      Attorney for Plaintiff(s)
                                                      JLee@ ForThePeople.com
                                                      JMLPleadings@ForThePeople.com